# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1857
LT Case No. 2008-CF-11988

_____

DERRICK GOLDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Derrick Goldson, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee, and Anne C.
Conley, Assistant Attorney General, Daytona Beach, for
Appellee.

October 17, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____